UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WARITH DEEN ABDULLAH,<br><br>  Petitioner,<br><br>  v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>  Respondents. | Case No. 2:22-cv-00251-RFB-BNW<br><br>**ORDER** |

This is a habeas corpus action, pursuant to 28 U.S.C. §2254, initiated pro se by Warith Deen Abdullah, an individual incarcerated at Nevada's Southern Desert Correctional Center.

The Court received Abdullah's petition for writ of habeas corpus (ECF No. 1-1) on February 9, 2022, but Abdullah did not pay the $5 filing fee and he did not apply to proceed in forma pauperis. See LSR 1-2 (regarding requirements for an application to proceed in forma pauperis). The Court will dismiss this action for this reason. If Abdullah wishes to file a habeas petition, he must submit for filing a new petition (one not bearing the case number of this action), and he must pay the filing fee ($5) or submit a complete application to proceed in forma pauperis.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice. The Petitioner is denied a certificate of appealability. The Clerk of the Court is directed to enter judgment accordingly.

DATED THIS 28th day of February, 2022.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE